FILED
2006 Mar-01  PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| THE SIERRA CLUB, et al., | } | |
| | } | |
|     Plaintiffs, | } | |
| | } | CIVIL ACTION NO. |
| v. | } | 03-AR-2546-M |
| | } | |
| WHITAKER & SONS, LLC, et al., | } | |
| | } | |
|     Defendants. | } | |

**MEMORANDUM OPINION AND ORDER**

On February 13, 2006, defendants filed what they call "Motion To Strike Portions Of Plaintiffs' Allegations Contained In Amended Complaint And Pretrial Order".  Defendants were aware at the pretrial conference held on January 10, 2006, that plaintiffs' statement of position contained in the proposed pretrial order, consistent with the allegations in their second amended complaint filed on May 20, 2005, contained the claims defendants now seek to have stricken.  The scheduling order entered on January 31, 2005, gave plaintiffs until May 20, 2005, to amend, and provided that all potentially dispositive motions must be filed by November 14, 2005.  Defendants' present motion to strike is, properly understood, a motion for partial summary judgment, although it conspicuously does not invoke Rule 56, F.R.Civ.P., the proper procedural vehicle for obtaining the dispositive ruling that defendants belatedly seek.  Furthermore, the pretrial order entered on January 10, 2006, provides that its "provisions be binding on all parties unless modified by further order for good cause shown", and no attempt is

made by defendants to show good cause for amending the pretrial order to eliminate some of plaintiffs' claims.

Although defendants' motion is DENIED, plaintiffs should not be encouraged to believe that the proceedings that involve ADEM are not relevant and will not be received in evidence for whatever probative value they may have. In fact, it is possible that defendants, who have asserted issue preclusion as an affirmative defense, may prevail on some issues with a timely motion pursuant to Rule 50, F.R.Civ.P., not having waived that defense, as to which they will, of course, have the burden of proof.

DONE this 1st day of March, 2006.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE